IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FALCON INDUSTRIES, INC.,

    Plaintiff,

vs.                                                      Civ. No. 10-1039 RHS/ACT

NEW CENTURY NCSTAR, INC., et al.,

    Defendants.

### ORDER GRANTING MOTION TO ADMIT RICHARD KRUKAR *PRO HAC VICE*

**THIS MATTER** comes before the Court on the Motion to Admit Richard Krukar *Pro Hac Vice* [docket no. 4]. After reviewing the motion and the other pleadings on file, the Court finds the motion to be well-taken.

**IT IS THEREFORE ORDERED** that the Motion to Admit Richard Krukar *Pro Hac Vice* [docket no. 4] is hereby granted subject to the requirements of D.N.M. LR-Civ. 83.3.

                                                          */s/ Robert Hayes Scott*
                                                     ROBERT HAYES SCOTT
                                                     UNITED STATES MAGISTRATE JUDGE