IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

Falcon Industries, Inc.,

        Plaintiff,

vs.                              No. 1:10-CV-1039 RHS/ACT

New Century NcStar, Inc., et al.

        Defendants.

## ENTRY OF APPEARANCE

NOW COMES Richard Krukar of Ortiz and Lopez, PLLC and hereby enters his appearance of record on behalf of Falcon Industries, Inc. in the above-entitled and numbered cause.

November 9, 2010

/s/ Richard Krukar
Richard Krukar
Attorney for the Plaintiff
Ortiz and Lopez, PLLC
117 Bryn Mawr Dr. SE, Suite 101
Albuquerque, NM 87106
Telephone: 505-314-1310
krukar@olpatentlaw.com

I HEREBY CERTIFY that a copy of the
foregoing Entry of Appearance was served on
all counsel of record via the CM/ECF system
on the date filed.

/s/ Richard Krukar
Richard Krukar