**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

**Falcon Industries, Inc.,**

        **Plaintiff,**

  vs.                              No. 1:10-CV-1039 RHS/ACT

**New Century NcStar, Inc., et al.**

        **Defendants.**

## RULE 7.1 STATEMENT

Plaintiff, Falcon Industries, Inc. (Falcon), has no corporate parent and no publicly held corporation owns 10% or more of Falcon's stock.

November 9, 2010

/s/ Richard Krukar
Richard Krukar
Attorney for the Plaintiff
Ortiz and Lopez, PLLC
117 Bryn Mawr Dr. SE, Suite 101
Albuquerque, NM 87106
Telephone: 505-314-1310
krukar@olpatentlaw.com

I HEREBY CERTIFY that a copy of the
foregoing Rule 7.1 Statement was served on
all counsel of record via the CM/ECF system
on the date filed.

/s/ Richard Krukar
Richard Krukar