IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**Falcon Industries, Inc.,**

      **Plaintiff,**

  vs.                              No. 1:10-CV-1039 MV/ACT

**New Century NcStar, Inc., et al.**

      **Defendants.**

### NOTICE OF AGREED STIPULATION TO
### EXTEND TIME TO RESPOND TO COMPLAINT

Plaintiff Falcon Industries, Inc. and Defendant New Century NcStar, Inc. ("NcStar") (collectively the "Parties") hereby stipulate as follows:

The Parties agree to extend the date on or before which NcStar must file an answer in response to Plaintiff's Complaint for Patent Infringement and Jury Demand to April 6, 2011.

**SO STIPULATED:**

March 21, 2011

                              /s/ Richard Krukar
                              Richard Krukar
                              Attorney for the Plaintiff
                              Ortiz and Lopez, PLLC
                              117 Bryn Mawr Dr. SE, Suite 101
                              Albuquerque, NM 87106
                              Telephone: 505-314-1310
                              krukar@olpatentlaw.com

I HEREBY CERTIFY that on March 21, 2011 a
copy of the foregoing Notice was served via
electronic mail and US mail on:

Rodney W. Bell
Chang & Coté LLP
19138 East Walnut Drive, Suite 100
Rowland Heights, California 91748


<u>/s/ Richard Krukar</u>
Richard Krukar