IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

Falcon Industries, Inc.,

    Plaintiff,

vs.                          Civ. No. 101039 MV/ACT

New Century NcStar, Inc., et al..

    Defendants.

## AFFIDAVIT BY MATTHEW G. BRIDGER

1. I, Matthew G. Bridger, served for six years in the United States Army where I held a variety of combat roles.

2. I am intimately familiar with a number of military small arms weapons systems of which many have mounting rails and specifically the standard Picatinny or MIL-STD-1913 rail. I am also familiar with a number of the rail accessories and rail covers used with mounting rails.

3. A standard Picatinny rail has a number of recoil grooves, commonly called slots, approximately 0.206 inches long, approximately 0.118 inches high, and approximately 0.394 inches apart.

4. The TufForce rail cover is approximately 1.43 inches wide, 2.80 inches long, and made of a material that appears to be either a hard rubber or a semi flexible plastic.

5. The 2.80 inch rail cover length divided by 0.394 inch slot spacing yields 7.1 which indicates seven slots of coverage. Mounting the TufForce rail cover onto a Picatinny rail confirms the seven slots of coverage.

6. The TufForce rail cover has three openings sized similar to the slots. When the TufForce rail cover is properly mounted on a Picatinny rail the second, fourth, and sixth of the seven slots are exposed.

7. The TufForce rail cover is not a ladder rail cover because properly mounted ladder rail covers sit flush with the top of the rail and the "rungs" of ladder rail covers sit in the slots.

Signed:  , August 20, 2011
Matthew G. Bridger

Sworn and subscribed before me this 20th day of August, 2011
_____, Notary Public

OFFICIAL SEAL
Marissa Lane
Notary Public
State of New Mexico
My Comm. Expires 2/2/15