IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FALCON INDUSTRIES, INC.,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　　　　Civ. No. 10-1039 MV/ACT

TUFFORCE, L.L.C.,

    Defendant.

## ORDER GRANTING MOTION TO EXTEND DEADLINES

THIS MATTER comes before the Court on Plaintiff's Motion to Extend Deadlines [Doc. 42], and the Court being fully advised in the premises, finds that the Motion is well-taken and should be granted. Plaintiff seeks an additional two weeks to submit documents as set forth in the Court's Order to Determine Damages [Doc. 41]. Plaintiff and Defendant shall have the additional time requested.

IT IS THEREFORE ORDERED that Plaintiff's Motion to Extend Deadlines [Doc. 42] is granted; and

IT IS FURTHER ORDERED that Plaintiff will have until February 29, 2012 to submit its documentation; and

IT IS FURTHER ORDERED that Defendant will have until March 15, 2012 to respond.

IT IS SO ORDERED.

                                                                     Alan C. Torgerson
                                                                     United States Magistrate Judge